AO 442 (Rev. 12/85) Warrant for Arrest AUSA BRUCE O. BROWN; S/A ROBERT SHINN, DEA (954) 931-7399

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JOHNNY HURTADO

FILED by INTAKE D.C.
NOV 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER: 01-6268 CR - DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JOHNNY HURTADO
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Failure to appear and Criminal Contempt,

in violation of Title 18 United States Code, Section(s) 3146(a)(1),401

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 6, 2001, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention Requested

by [signature] Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: JOHNNY HURTADO

ALIAS: __________

LAST KNOWN RESIDENCE: __________

LAST KNOWN EMPLOYMENT: __________

PLACE OF BIRTH: __________

DATE OF BIRTH: __________

SOCIAL SECURITY NUMBER: __________

HEIGHT: __________ WEIGHT: __________

SEX: __________ RACE: __________

HAIR: __________ EYES: __________

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __________

FBI NUMBER: __________

COMPLETE DESCRIPTION OF AUTO: __________

INVESTIGATIVE AGENCY AND ADDRESS: Robert Shinn, DEA , 1475 W. Cypress Creek Road, Suite 301,

Ft. Lauderdale, Florida 33309